# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Methuen

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  25-mj-08429-PGL
Search Warrant Case Number   25-MJ-8421, 8422, 8425 to 8428-PGL
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes ☑ No

## Defendant Information:

**Defendant Name** JOSE VASQUEZ LANTIGUA    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** Methuen MA

**Birth date (Yr only):** 1978  **SSN (last 4#):** 7243  **Sex:** M  **Race:** Hispanic  **Nationality:** _____

**Defense Counsel if known:** Brad Keene, Esq.    **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Philip A. Mallard    **Bar Number if applicable:** 679138

**Interpreter:** ☑ Yes ☐ No    **List language and/or dialect:** Spanish

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☑ In Custody

**Location Status:** custody

**Arrest Date:** 8/28/2025

☑ Already in Federal Custody as of  10/9/2025  in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/5/2025    **Signature of AUSA:** *Philip Mallard*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE VASQUEZ LANTIGUA

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Manufacture, Distribute, and Posess with Intent to Distribute, a Controlled Substance | 1 |
| Set 2 | 21 USC § 841(a)(1) | Manufacture of a Controlled Substance, and Possession of a Controlled Substance with Intent to Distribute or Manufacture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

_____

℅JS 45 (5/97) - (Revised USAO MA 3/25/2011)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI
**City** Methuen
**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number: 25-mj-08429-PGL
Search Warrant Case Number: 25-MJ-8421, 8422, 8425 to 8428-PGL
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ☑ No

**Defendant Information:**
**Defendant Name:** MANUEL SANTANA-SOTO   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
**Alias Name:** _____
**Address:** Methuen MA
**Birth date (Yr only):** 1990  **SSN (last 4#):** 3259  **Sex:** M  **Race:** Hispanic  **Nationality:** _____
**Defense Counsel if known:** Eduardo Masferrer, Esq.  **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Philip A. Mallard   **Bar Number if applicable:** 679138
**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: Spanish
**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
**Matter to be SEALED:** ☐ Yes ☑ No
☑ Warrant Requested   ☑ Regular Process   ☑ In Custody
**Location Status:** custody
**Arrest Date:** 8/28//2025
☑ Already in Federal Custody as of 10/9/2025 in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/5/2025   **Signature of AUSA:** *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   MANUEL SANTANA-SOTO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Manufacture, Distribute, and Posess with Intent to Distribute, a Controlled Substance | 1 |
| Set 2 | 21 USC § 841(a)(1) | Manufacture of a Controlled Substance, and Possession of a Controlled Substance with Intent to Distribute or Manufacture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**